# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1057WM

_____

Patrick L. Bark,                              *
                                             *
        Appellant,              *     Appeal from the United States
                                             *     District Court for the Western
   v.                                *     District of Missouri.
                                             *
United States of America,                     *          [UNPUBLISHED]
                                             *
        Appellee.               *

_____

Submitted:  February 9, 1999
Filed: February 11, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Patrick L. Bark appeals the district court's denial of Bark's Federal Rule of Criminal Procedure 35 motion for a reduction in sentence. Having carefully reviewed the record, we conclude Bark is not entitled to relief. Finding no reversible error, we affirm the district court. See 8th Cir. R. 47A(a). Bark's motion for appointment of counsel is denied.

A true copy.

    Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.